# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2023 KW 1266

VERSUS

RODNEY L. WHITE                                  **FEBRUARY 26, 2024**

---

In Re:    Rodney L. White, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 02-99-0127.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

    **WRIT GRANTED.**   The district court is ordered to proceed
toward disposition of relator's second uniform application for
postconviction relief, filed May 11, 2021, and the supplemental
brief filed April 10, 2023.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT